FILED: 8/27/2015 4:18:06 PM
SHERRI ADELSTEIN
Denton County District Clerk
By: Joanna Price, Deputy

CAUSE NO. 14-06405-393

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
8/28/2015 9:20:40 AM
DEBRA SPISAK
Clerk

| | | |
|---|---|---|
| IN THE MATTER OF PATRICIA OSBORNE, | § | IN THE DISTRICT COURT |
| AND PATRICIA OSBORNE ON BEHALF OF | § | |
| CHARLES OSBORNE, AS NEXT OF KIN AND | § | |
| CHARLES OSBORNE, INDIVIDUALLY | § | |
|     Plaintiffs | § | |
| | § | |
| vs. | § | 393rd JUDICIAL DISTRICT |
| | § | |
| REHABILITATION INSTITUTE OF | § | |
| DENTON, LLC D/B/A SELECT | § | |
| REHABILITATION HOSPITAL OF | § | |
| DENTON, LLC; HOSPITAL HOLDINGS | § | |
| CORPORATION; AND MAYHILL HEALTH | § | |
| CARE PARTNERS, INC; | § | |
|         AND | § | |
| WILLIAM ROWE, M.D. | § | |
| | § | |
|     Defendants | § | DENTON COUNTY, TEXAS |

**NOTICE OF APPEAL**

Plaintiffs file this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on July 28, 2015.

Plaintiffs desire to appeal the Judgment or Order.

This appeal is being taken to the Second Court of Appeals.

This notice is being filed by Plaintiffs.

This is an accelerated appeal.

**Respectfully submitted,**


**THE LAW OFFICES OF W. EDWARD McLENDON**
**W. Edward McLendon, Attorney at Law**
**5001 Spring Valley Road, Suite 400E**
**Dallas, Texas  75244**
**Tel:    972-383-1557**
**Fax:    972-383-1556**
**E-Mail:  edmclendon@hotmail.com**


**By:_____/s/ W. Edward McLendon_____**
**W. Edward McLendon**
**State Bar No. 13762300**
**Attorney for Plaintiffs**


## CERFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice of Appeal was served by electronic service in compliance with TRCP 21 and 21(a) on this 27th day of August , 2015 to all parties and counsel of record as listed below:

Brett Timmons
Law Offices of Brian J. Judis
Plaza of the Americas, North Tower
700 N. Pearl, Suite 425
Dallas, Texas  75201
214-220-5619 (Ofc)
214-775-4124 (Fax)
brett.timmons@cna.com


**By:_____/s/ W. Edward McLendon_____**
**W. Edward McLendon**